**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
***Attorney for Defendant,***
***US ACUTE CARE SOLUTIONS***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| FELICIA A. DELAPA,<br><br>Plaintiff,<br><br>vs.<br><br>US ACUTE CARE SOLUTIONS,<br><br>Defendant, | Case No. 2:19-cv-00048-GMN-PAL<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant US ACUTE CARE SOLUTIONS (hereinafter "Defendant"), by and though its counsel and FELICIA A. DELAPA, by and through their counsel, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2 and LR 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Defendant was served with Plaintiff's Complaint on March 6, 2019. Thus, the deadline to respond to Plaintiff's Complaint is March 27, 2019. The extension is requested as Defendant's

1                                                                 KB/86

counsel was recently retained and require additional time to prepare a responsive pleading to the Plaintiff's Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including April 17, 2019, for Defendant to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

DATED this 26th day of March, 2019.

| | |
|---|---|
| **HAINES & KRIEGER, LLC** | **ALVERSON TAYLOR & SANDERS** |
| By: /s/ David H. Krieger | By: /s/ Trevor R. Waite |
| David H. Krieger | Trevor R. Waite |
| Nevada Bar No. 9086 | Nevada Bar No. 13779 |
| 8985 S. Eastern Ave., Suite 350 | 6605 Grand Montecito Pkwy., Suite 200 |
| Henderson, NV 89123 | Las Vegas, NV 89149 |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |
| FELICIA A. DELAPA | US ACUTE CARE SOLUTIONS |

**ORDER**

IT IS SO ORDERED

_____
UNITED MAGISTRATE JUDGE

Dated: March 28, 2019