David J. Kaminski
PRO HAC VICE ATTORNEY
kaminskid@cmtlaw.com
CARLSON & MESSER, LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
Telephone: (310)242-2200
Facsimile: (310)242-2222

Attorney for Defendant,
US ACUTE CARE SOLUTIONS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FELICIA A. DELAPA, | ) Case No. 2:19-cv-00048-GMN-BNW |
| | ) |
| Plaintiff, | ) **DEFENDANT'S MOTION AND** |
| | ) **PROPOSED ORDER EXTENDING TIME** |
| vs. | ) **TO FILE CERTIFICATE OF GOOD** |
| | ) **STANDING REGARDING THE** |
| US ACUTE CARE SOLUTIONS, | ) **PETITION FOR PERMISSION TO** |
| | ) **PRACTICE PRO HAC VICE FOR** |
| Defendant, | ) **CALVIN W. DAVIS** |
| | ) |
| | ) (First Request) |
| | ) |
| | ) |

Defendant US ACUTE CARE SOLUTIONS (hereinafter "Defendant"), by and through its counsel, hereby move this Court for a twenty-one (21) day extension of time to file a Certificate of Good Standing Regarding the Petition for Permission to Practice Pro Hac Vice for Calvin W. Davis. This is the first request for an extension of time to file a Certificate of Good Standing regarding the Petition for Permission to Practice Pro Hac Vice for Calvin W. Davis.

### **MEMORANDUM OF POINTS AND AUTHORITIES**

### I. PROCEDURAL HISTORY

Plaintiff filed their Complaint on January 8, 2019. Defendant answered Plaintiff's Complaint on April 16, 2019. The parties' filed their Discovery Plan and Proposed Scheduling Order on April 26, 2019.

The Court adopted the parties' Discovery Plan and Proposed Scheduling Order on May 2, 2019. Defendant filed a Petition for Permission to Practice Pro Hac Vice for Calvin W. Davis on April 26, 2019. On May 2, 2019, the Court Ordered that the Petitioner attach a certification that the applicant's membership is in good standing from the state bar or from the clerk of the supreme court or highest admitting court of every state, territory, or insular possession of the United States in which the applicant has been admitted to practice law," pursuant to LR IA 11-2(b)(3).

## II. LEGAL ANALYSIS

Fed. R. Civ. P. 6(b) provides:

(1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

(B) On Motion made after the time has expired if the party failed to act because of excusable neglect.

Local Rule IA 6-1 provides:

(a) A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. A request made after the expiration of the specified period will not be granted unless the movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect. Immediately below the title of the motion or stipulation there also must be a statement indicating whether it is the first, second, third, etc. requested extension.

Defendant is requesting an extension of time to file its Certificate of Good Standing regarding the Petition for Permission to Practice Pro Hac Vice for Calvin W. Davis before the deadline has expired. This is the first extension of time requested to file the Certificate of Good Standing regarding the Petition for Permission to Practice Pro Hac Vice for Calvin W. Davis. Defendant is making its request based upon

good cause. Defendant has already requested and paid for a Certificate of Good Standing from the California State Bar but has not yet received the Certificate in return. The Defendant will file the certificate of good standing once it has been received.

### III. CONCLUSION

This Court has ordered that Defendant file a Certificate of Good Standing regarding the Petition for Permission to Practice Pro Hac Vice for Calvin W. Davis by May 9, 2019. Based on the foregoing, Defendant requests a twenty-one day extension of time to file a Certificate of Good Standing regarding the Petition for Permission to Practice Pro Hac Vice for Calvin W. Davis to May 30, 2019. This request is being made in good faith and not for the purpose of delay.

**CARLSON & MESSER, LLP**

DATED: May 9, 2019

By: /s/ David J. Kaminski_____
David J. Kaminski
PRO HAC VICE ATTORNEY
5901 W. Century Boulevard, Ste. 1200
Los Angeles, CA 90045
*Attorney for Defendant,*
US ACUTE CARE SOLUTIONS

**ORDER**

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**DATED** this __10__ day of May. 2019.

## CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on May 9, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

Dated: May 9, 2019 /s/ David J. Kaminski
David J. Kaminski